### ROSE EVERETT v. EMANUEL WALLIN.[1]

September 15, 1922.

No. 23,005.

**Second appeal—law of the case.**

After the former appeal reported in 150 Minn. 148, 184 N. W. 958, defendant appealed from the judgment of the district court for Beltrami county. Affirmed.

*Middleton & Middleton,* for appellant.
*Marshall A. Spooner,* for respondent.

PER CURIAM.

This is an appeal from the judgment entered in the district court after defendant's appeal from an order denying his motion for a new trial resulted in the affirmance of the order. All of the questions now raised were disposed of on the previous appeal, Everett v. Wallin, 150 Minn. 148, 184 N. W. 95, and we see no occasion for re-examining them.

Following our previous decision, the judgment is affirmed.

[1]Reported in 189 N. W. 680.